Newman v American Airlines (2021 NY Slip Op 50387(U))

[*1]

Newman v American Airlines

2021 NY Slip Op 50387(U) [71 Misc 3d 134(A)]

Decided on April 30, 2021

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on April 30, 2021
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: McShan, J.P., Brigantti, Hagler, JJ.

570052/20

David Newman, Plaintiff-Respondent, 
against
American Airlines, Defendant-Appellant.

Defendant appeals from a judgment of the Small Claims Part of the Civil Court of the City of
New York, New York County (Dakota D. Ramseur, J.), entered July 23, 2019, after trial, in favor
of plaintiff and awarding him damages in the principal amount of $1,765.40.

Per Curiam.
Judgment (Dakota D. Ramseur, J.), entered July 23, 2019, affirmed, without costs.
The record establishes that the trial court applied appropriate rules and principles of
substantive law and accomplished "substantial justice" in awarding judgment in plaintiff's favor
(CCA 1804, 1807; see Williams v Roper, 269 AD2d 125 [2000], lv dismissed 95
NY2d 898 [2000]). A fair interpretation of the evidence supports the finding that defendant
airline charged $1,765.40 to plaintiff's credit card for a same day flight change, without consent
of plaintiff, and in violation of its own stated "same day flight change" policy. 
Nor is plaintiff's claim preempted by the Airline Deregulation Act of 1978 ("ADA")
(see 49 USC § 41713[b][1]; American Airlines v Wolens, 513 US 219, 228
[1995] ["We do not read the ADA's preemption clause ... to shelter airlines from suits alleging no
violation of state-imposed obligations, but seeking recovery solely for the airline's alleged breach
of its own, self-imposed undertakings."]).
Moreover, contrary to defendant's contention, the court's decision set forth sufficient findings
of fact and conclusions of law to satisfy the requirements of CPLR
4213(b).
All concur.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

Clerk of the Court
Decision Date: April 30, 2021